# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES WHATSAPP ACCOUNT (829) 340-6238** | Misc. No. 1:21-mc-15-AJ<br><br>**Filed Under Seal – Level II Pursuant to Local Rule 83.12(a)(2) and 18 U.S.C. 3123** |

## MOTION TO SEAL AT LEVEL II: ENITRE MATTER RELATED TO APPLICATION FOR INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICES

In the above captioned case, the United States of America respectfully moves to seal at Level II the entire matter related to the Application for Installation and Use of a Pen Register and Trap and Trace Devices, including the applications, any orders that may issue, the resulting returns, this motion, and the corresponding docket text entries for 180 days, expiring on August 18, 2021.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation and endanger a witness. Specifically, the application contains information identifying other targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

Motion To Seal Entire Matter Related to Application for
Installation and Use of a Pen Register and Trap and Trace Devices
Page 2 of 2

This motion is not intended to preclude the executing officer from serving a copy of the application and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

Respectfully submitted,

SCOTT W. MURRAY  
United States Attorney

Dated: February 19, 2021      By: /s/ Seth Aframe  
                                                   Seth Aframe  
                                                   Assistant United States Attorney

Motion: ☐ Granted ☐ Denied

_____  
Andrea K. Johnstone  
United States Magistrate Judge  
United States District Court  
District of New Hampshire  
Date: